**FILED**

DEC 06 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00365-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SALVADOR SILVA, | |
| Defendant. | |

Since Defendant Salvador Silva was sentenced today to time served, Mr. Silva shall be released from custody in this case.

Dated: 12-6-13

Garland E. Burrell Jr.
United States District Judge

file copy

1